Cameron W. Carr (SBN 258884)
Macey Bankruptcy Law, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Telephone:  866-339-1156
Fax: 415-986-1850
ccarr@maceybankruptcylaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| Mary White | Case No.4:12-cv-01224-DMR |
| Plaintiff, | Magistrate Judge Donna M. Ryu |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Portfolio Recovery Associates, LLC | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

hereby dismisses the present action with prejudice.  This notice is being filed before Defendant

has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, P.C.

By:＿＿/s/ Cameron W. Carr＿＿＿＿＿＿＿
Cameron W. Carr (SBN 258884)
260 California Street, Suite 801
San Francisco, CA 94111
Telephone:  866-339-1156
Fax: 415-986-1850
Email:  ccarr@maceybankruptcylaw.com
*Attorney for Plaintiff*

Notice of Dismissal- 1

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

4

        I hereby certify that on June 6, 2012, I electronically filed the foregoing Notice.  Service

of this filing was made by placing a copy of the same in the U.S. Mail on June 6, 2012,

5

6

addressed as follows:

7

Portfolio Recovery Associates, Inc.
140 Corporate Blvd.
Norfolk, VA 23502

8

9

                                                                            <u>/s/ Cameron W. Carr</u>

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28